Lebert **BIHM**, Plaintiff-Appellant,

v.

**LYKES BROS. STEAMSHIP CO. Inc.,**
Defendant-Appellee.

No. 174, Docket 28044.

United States Court of Appeals
Second Circuit.

Argued Nov. 12, 1963.

Decided Nov. 12, 1963.

Thomas J. Doyle, New York City, N. Y. (Cooper, Ostrin, DeVarco & Ackerman, New York City, on the brief), for plaintiff-appellant.

Arthur M. Boal, New York City (Boal, McQuade & Fitzpatrick, New York City, on the brief), for defendant-appellee.

Before LUMBARD, Chief Judge, and KAUFMAN and HAYS, Circuit Judges.

PER CURIAM.

We affirm the judgment in open court. See also D.C., 213 F.Supp. 899.

**UNITED STATES of America**

v.

**Arch M. BISHOP et al.**

No. 17471.

United States Court of Appeals
Eighth Circuit.

Oct. 24, 1963.

Theodore L. Richling, U. S. Atty., for appellant.

Arch M. Bishop and Maxine R. Bishop pro se.

PER CURIAM.

Appeal dismissed on motion of appellant.